*[signature: Bruce A. Markell]*

Honorable Bruce A. Markell
United States Bankruptcy Judge



**Entered on Docket**
**February 01, 2013**

---

**TIFFANY & BOSCO, P.A**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com

U.S. Bank National Association, as Trustee for SG Mortgage Securities Asset Backed Certificates, Series 2006-FRE2
TB# 09-76201

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | 11-17331-bam |
|---|---|
| Denise Fuleihan | Date: January 15, 2013<br>Time: 2:30 pm |
| Debtor. | Chapter 13 |

### ORDER ON MOTION TO QUASH, IN ADDITION TO MOTION FOR PROTECTIVE ORDER

Secured Creditor's Motion to Quash, in addition to Motion for Protective Order having come before the Court on January 15, 2013, Secured Creditor appearing by and through its counsel, Gregory L. Wilde, Esq., Debtor Appearing Through Her Counsel, Matthew L. Johnson, Esq., and Daniel J.

McCauley, III, Esq., the Court having considered the merits of the Motion and reviewed the pleadings, and with good cause appearing, makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Quash the Subpoena sent to Wells Fargo, N.A. is **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Motion for Protective Order is **DENIED**.

Pursuant to Federal Rule of Bankruptcy Procedure 7052 the remaining findings of fact and conclusions of law as issued orally by this Court at the hearing are incorporated into this Order.

Submitted by:

TIFFANY & BOSCO, P.A

By _____#10235_____
    Gregory L. Wilde, Esq.
    Attorney For Secured Creditor

**APPROVED** / DENIED

/s/ Matthew L. Johnson
_____
Matthew L. Johnson, Esq.
Attorney for Debtor

**APPROVED** / DENIED

/s/ Daniel J. McCauley, III
_____
Daniel J. McCauley, III, Esq.
Pro Hac Vice Attorney for Debtor