_Bruce A. Markell_

Honorable Bruce A. Markell
United States Bankruptcy Judge

**Entered on Docket**
**February 13, 2013**

**TIFFANY & BOSCO, P.A**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com

U.S. Bank National Association, as Trustee for SG Mortgage Securities Asset Backed Certificates,
Series 2006-FRE2
and
WELLS FARGO BANK, N.A.
TB# 09-76201

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In Re:

Denise Fuleihan

                    Debtor.

11-17331-bam

Date: February 4, 2013
Time: 2:30 pm

Chapter : 7

### ORDER RE: MOTION FOR SUMMARY JUDGMENT

THE COURT having considered the Secured Creditor's Motion for Summary Judgment, having reviewed the briefs and documents before it, and after hearing oral arguments thereon:

HEREBY FINDS AND ORDERS AS FOLLOWS:

1.  The Motion for Summary Judgment is granted because there does not exist any issues of material fact necessitating a trial.

2.  The Debtor is barred from raising any objections to the Proof of Claim.

3.  The Debtor is further barred from raising any claims already adjudicated in the Federal District Court, Case No. 2:09-cv-01877-RCJ-PAL, as well as any claims that could have been raised pursuant to the doctrines of Res Judicata and Claim Preclusion.

4.  The automatic stay terminated by operation of law when the Debtor received her Chapter 7 discharge.

5.  The Court grants relief from the automatic stay as to the Chapter 7 trustee and the estate.

6.  Pursuant to Federal Rule of Bankruptcy Procedure 7052 the remaining findings of fact and conclusions of law as issued orally by this Court at the hearing are incorporated into this Order.

7.  The trial currently set for February 11th and 13th, 2013 is hereby vacated.

Submitted by:

TIFFANY & BOSCO, P.A

/s/ Gregory L. Wilde
Gregory L. Wilde, Esq.
Attorney For Secured Creditor

APPROVED / DENIED

/s/ Matthew L. Johnson, Esq.
Matthew L. Johnson, Esq.
Attorney for Debtor

APPROVED / ~~DENIED~~

Daniel J. McCauley, III, Esq.
Pro Hac Vice Attorney for Debtor

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  The court has waived the requirements set forth in LR 9021(b)(1).

_____  No party appeared at the hearing or filed an objection to the motion.

**X**  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

**X** approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or          _____ failed to respond to the document

**X** I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor