# DENIED

A motion under Rule 59 (as incorporated by Fed. R. Bankr. P. 9023) may not be extended beyond the 14 days stated in Fed. R. Bankr. P. 9023. See Fed. R. Bankr. P. 9006(b)(2) ("The court may not enlarge the time for taking action under Rule[] . . . 9023 . . . ")

*Bruce A. Markell*

Honorable Bruce A. Markell
United States Bankruptcy Judge



**Entered on Docket**
**April 01, 2013**

_____

DENISE FULIHAN
209 Royal Aberdeen Way
Las Vegas, Nevada 89144
(702) 400-0910
Debtor Pro Se

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No. BKS-11-17331-BAM |
| | ) Chapter 7 |
| **DENISE FULEIHAN** | ) |
| | ) ORDER TO EXTEND TIME |
| Debtor(s). | ) |

**GOOD CAUSE BEING SHOWN, IT IS SO ORDERED,**

This Court grants an Order to Extend Time. Debtor filed a Motion to Extend Time in a timely manner on February, 27th, 2013 and an Amended Motion to Extend Time on March 27th, 2013 to file a Motion to Amend or Alter Judgment Fed R.Civ.P.59(e) which was due no later than 14 days from the entry of the Order on February, 13th, 2013, granting a dismissal on Summary Judgment for case #11-17331 regarding Debtor's Objection to Us Bank National as Trustee for SG Mortgage Securities' secured Proof of Claim. This was for all the reasons mentioned in Debtor's Motion to Extend Time and Amended Motion to extend Time for Debtor to be able to file a motion to Alter or Amend Judgment Fed R. Civ.P. 59(e)

It is so ordered:

_____

Judge Bruce Markell, U.S. Bankruptcy Court, District of Nevada



MAR 28 2013



U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK